**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANTHONY GENNIRO, | ) | NO. SA CV 07-1325-JVS(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| J. F. SALAZAR, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition and the action are dismissed without prejudice as moot.

DATED: January 7, 2009

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE